UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD NEIRYNCK,

     Plaintiff,                              Case No. 2:05 CV 73094

v.                                      Honorable Denise Page Hood

COMPUWARE CORPORATION,

     Defendant.

| | |
|---|---|
| CHRISDON F. ROSSI (P59305) | FREDERIC E. CHAMPNELLA, II (P23869) |
| MONAGHAN, LoPRETE, McDONALD, | SUSAN D. KOVAL (P59297) |
| YAKIMA, GRENKE & McCARTHY | KELLER THOMA, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 40700 Woodward Avenue / Suite A | 440 E. Congress / 5th Floor |
| Bloomfield Hills, MI 48304 | Detroit, MI 48226 |
| (248) 642-5770 | (313) 965-7610 |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated to the dismissal with prejudice of Plaintiff's First Amended

Complaint pursuant to Fed. R. Civ. P. 41(a)(1)(ii); and the Court being otherwise advised in the

premises;

**IT IS HEREBY ORDERED** that Plaintiff's First Amended Complaint is hereby

**DISMISSED** with prejudice and without costs or attorney fees to any party.

**IT IS FURTHER ORDERED** that this Order resolves the last pending claim and closes the

case in its entirety with prejudice.

                                          s/ DENISE PAGE HOOD
                                        United States District Judge